AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP-25-M-04273-LE |
| Taylor A. Lee | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Taylor A. Lee                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The Espionage Act, 18 U.S. Code Sec. 794(a): Attempted to transmit national defense information to a foreign adversary

Arms Export Control Act, 22 U.S.C. 2278(b): Attempted to export controlled technical data without a license

Date:  08/05/2025

*Issuing officer's signature*

City and state:   El Paso, Texas            Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____         _____ *Arresting officer's signature* |
| _____ *Printed name and title* |